Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| HERLINDA GOMEZ-DE-LEON, individually; HERLINDA GOMEZ-DE-LEON, as parent and guardian of MICHELLE TRUJILLO, a minor; HERLINDA GOMEZ-DE-LEON, as parent and guardian of VIVIANA TRUJILLO, a minor; HERLINDA GOMEZ-DE-LEON, as parent and Guardian of GERARDO TRUJILLO, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive <br><br> Defendants. | CASE NO.: 2:11-cv-0168-GMN-LRL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE REGARDING HERLINDA GOMEZ-DE-LEON AS PARENT AND GUARDIAN OF MINORS, MICHELLE TRUJILLO, VIVIANA TRUJILLO, AND GERARDO TRUJILLO** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims regarding HERLINDA GOMEZ-DE-LEON, as parent and guardian of minors, MICHELLE TRUJILLO, VIVIANA TRUJILLO, AND GERARDO TRUJILLO, have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action regarding HERLINDA GOMEZ DE LEON, as parent and guardian of minors, MICHELLE TRUJILLO, VIVIANA TRUJILLO, AND GERARDO TRUJILLO may be dismissed with prejudice, each party to bear its own costs and attorney fees.

. . .

. . .

DATED this 15th day of ~~June~~ September, 2011.

FREEMAN & ASSOCIATES

_/s/ Isaiah a. jerry_
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Mutual Insurance Company

DATED this 23 day of June, 2011.

RALPH A. SCHWARTZ, P.C.

_/s/ Ralph A. Schwartz_
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Fourth Street
Suite 280
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED** this 2nd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge